## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEBRAT TEBKACHEW, General Administrator and Administrator *Ad Prosequendum* of the Estate of Dawud Bahr, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK a/k/a NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant. | Civil Action No.: 2:16-cv-5871-CCC-MF<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the plaintiff Mebrat Tebkachew, General Administrator and Adminstrator *Ad Prosequendum* of the Estate of Dawud Bahr, Deceased and defendant Amtrak a/k/a National Railroad Passenger Corporation, that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

HUNTINGTON BAILEY, L.L.P.
373 Kinderkamack Road
Westwood, NJ 07675
Attorneys for Plaintiff

By: _____
Dermot J. Doyle, Esq.

Dated: 11/16/17

LANDMAN, CORSI BALLAINE & FORD P.C
One Gateway Plaza, 4th Floor
Newark, NJ 07102
Attorneys for Defendant

By: _____
~~David M. Murdza, Esq.~~
Andrew B. Charkow, Esq.

Dated: 11/17/17

4833-7044-3089v.1

BREMSETH LAW FIRM
601 Carlson Parkway, Suite 995
Minnetonka, MN 55305
Attorneys for Plaintiff

By: *[signature]*
Frederic A. Bremseth, Esq.

Dated: 11/15/17